UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VICTOR LOPEZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

v.

HILTON DOMESTIC OPERATING COMPANY INC.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:19-cv-02625

**Notice of Voluntary Dismissal**

       Plaintiff(s), VICTOR LOPEZ, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against HILTON DOMESTIC OPERATING COMPANY INC. without prejudice and without fees and costs.

Dated: New York, New York
      July 1, 2019

                                                      GOTTLIEB & ASSOCIATES

                                                      _____
                                                      Jeffrey M. Gottlieb

                                                      Jeffrey M. Gottlieb, Esq. (JG-7905)
                                                      Dana L. Gottlieb, Esq (DG-6151)
                                                      150 East 18th Street
                                                      Suite PHR
                                                      New York, New York 10003
                                                      (212)879-0240
                                                      Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge